Calvin RHODES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66242.

Missouri Court of Appeals,
Western District.

Jan. 16, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 27, 2007.

Application for Transfer Denied
May 1, 2007.

Curtis G. Hanrahan, Jefferson City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Victor J. Melenbrink, Asst. Attorney General joins on the briefs, Jefferson City, MO, for Respondent.

Before ROBERT G. ULRICH, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM.

Calvin Rhodes appeals the denial of his post-conviction motion based on Rule 24.035. Finding no error in the motion court's findings of fact and conclusions of law, we affirm. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).

Ann TALBERT, Appellant,

v.

AGCO MANUFACTURING
GROUP, Respondent.

Nos. WD 66792, WD 66793.

Missouri Court of Appeals,
Western District.

Jan. 16, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 27, 2007.

Application for Transfer Denied
May 1, 2007.

David Bony, Kansas City, for appellant.

Steven Quinn, Kansas City, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

ORDER

Ann Talbert appeals the Labor and Industrial Relations Commission's denial of past medical expenses and permanent total disability benefits. We affirm. Rule 84.16(b).